UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VINDEN GRACE, YVONNE GRACE-KELLY and SAVVY PROPERTY INVESTMENTS, LLC,

    Plaintiffs,

v.     Case No: 8:17-CV-1906-T-27AAS

DARREN HAYES, JOHN PEREIRA, CHRIS GASH and YOUR TOTAL REALTY, LLC,

    Defendants.
_____/

## ORDER

This case is before the Court upon *sua sponte* review of the jurisdictional allegations in Plaintiffs' Complaint (Dkt. 1). The Complaint alleges that subject matter jurisdiction over this matter is based on diversity jurisdiction. Plaintiffs, however, fails to adequately allege the citizenship of Plaintiff Savvy Property Investments, LLC as a Limited Liability Company and Defendant Your Total Realty, LLC. A limited liability company party is a citizen for diversity jurisdiction purposes of the states of which its members are citizens. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). "To sufficiently allege the citizenships of these unincorporated business entities, a party must list the citizenships of all the members of the limited liability company. . . ." *Id.* As such, the allegations in Plaintiffs' Complaint are insufficient.

Accordingly, within **seven (7) days**, Plaintiffs shall file a notice that identifies each of Savvy Property Investments, LLC's members and Your Total Realty, LLC's members, and alleges the citizenship of each of the members.

**DONE AND ORDERED** this 15th day of August, 2017.

                                                  JAMES D. WHITTEMORE
                                                United States District Judge

Copies to: Counsel of Record