UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VINDEN GRACE, YVONNE GRACE-KELLY and SAVVY PROPERTY INVESTMENTS, LLC,

    Plaintiffs,

v.                                         Case No: 8:17-CV-1906-T-27AAS

DARREN HAYES, JOHN PEREIRA, CHRIS GASH and YOUR TOTAL REALTY, LLC,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiffs' Notice of Citizenship of LLC Parties (Dkt. 10). The notice fails to properly allege the citizenship of Defendant Your Total Realty, LLC. A limited liability company party is a citizen for diversity jurisdiction purposes of the states of which its members are citizens. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). "To sufficiently allege the citizenships of these unincorporated business entities, a party must list the citizenships of all the members of the limited liability company. . . ." *Id.* As such, the notice is insufficient as to Defendant Your Total Realty, LLC.

Accordingly, within **eleven (11) days**, Plaintiffs are **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of jurisdiction. Failure to do so will result in this case being dismissed without further notice.

**DONE AND ORDERED** this 14th day of September, 2017.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to: Counsel of Record